| | |
|---|---|
| 1  THOMAS P. O'BRIEN | NO JS-6 |
|    United States Attorney | |
| 2  CHRISTINE C. EWELL | |
|    Assistant United States Attorney | |
| 3  Chief, Criminal Division | CC:   FISCAL |
|    STEVEN R. WELK | |
| 4  Assistant United States Attorney | |
|    Chief, Asset Forfeiture Section | |
| 5  FRANK D. KORTUM | |
|    Assistant United States Attorney | |
| 6  Asset Forfeiture Section | |
|    California Bar No. 110984 | |

```
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:   frank.kortum@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12                 UNITED STATES DISTRICT COURT

13             FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                       EASTERN DIVISION
```

| | | |
|---|---|---|
| 15 | UNITED STATES OF AMERICA, ) | NO. EDCV 08-1276 VAP (PLAx) |
|    |                          ) | |
| 16 |         Plaintiff,       ) | |
|    |                          ) | |
| 17 |      v.                  ) | **CONSENT JUDGMENT AS TO THE** |
|    |                          ) | **FOLLOWING DEFENDANT ASSETS** |
| 18 | $35,530.20 IN UNITED STATES ) | **ONLY: $29,530.20 OF THE** |
|    | CURRENCY,                ) | **DEFENDANT $35,530.00 IN UNITED** |
| 19 |                          ) | **STATES CURRENCY** |
|    |         Defendant.       ) | |
| 20 |                          ) | [This Proposed Consent Judgment |
|    |                          ) | Is Not Dispositive Of This |
| 21 |                          ) | Entire Action] |
|    |                          ) | |
| 22 |                          ) | [NOTICE OF LODGING CONSENT |
|    |                          ) | JUDGMENT LODGED CONCURRENTLY |
| 23 | _____  ) | HEREWITH] |

```
24

25

26 A.   On or about September 17, 2008, plaintiff United States of

27 America ("the government" or "the United States of America")

28
```

filed a Complaint for Forfeiture alleging that the defendant $35,530.20 in United States Currency ("defendant currency"), is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

B.  The government and potential claimant Herminia Lopez have agreed to settle this matter to avoid further litigation between them by entering into this Consent Judgment.

C.  The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1.  This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

2.  The Verified Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(6).

3.  Notice of this action has been given as required by law.  No claims have been filed and no requests to extend the claim deadline have been made.  The parties to this Agreement are unaware of any potential claimants to the defendants other than Lopez.  The time for filing claims has expired.  The Court deems that all potential claimants other than Lopez admit the allegations of the Verified Complaint for Forfeiture to be true.

4.  The United States of America shall have judgment as to $29,530.20 of the defendant plus all interest earned by the government on the entirety of the $35,530.20 in United States currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

1        5.   $6,000.00 of the defendant, without any interest earned
2   by the government on that amount, shall be returned to potential
3   claimant Herminia Lopez.  Said funds shall be forwarded by check
4   made payable to "James J. Warner, Esq., Attorney-Client Trust
5   Account," and shall be mailed to James J. Warner, Esq., Law
6   Offices of James J. Warner, 3233 Third Avenue, San Diego,
7   California 92103.
8        6.   Potential claimant Herminia Lopez hereby releases the
9   United States of America, its agencies, agents, officers,
10  employees and representatives, including, without limitation, all
11  agents, officers, employees and representatives of the Drug
12  Enforcement Agency, and its respective agencies, as well as all
13  agents, officers, employees and representatives of any state or
14  local governmental or law enforcement agency involved in the
15  investigation or prosecution of this matter, from any and all
16  claims, actions, or liabilities arising out of or related to this
17  action, including, without limitation, any claim for attorney
18  fees, costs, and interest, which may be asserted by or on behalf
19  of potential claimant Herminia Lopez, whether pursuant to 28
20  U.S.C. § 2465 or otherwise.
21  //
22  //

1      7.   The Court finds that there was reasonable cause for the
2 seizure of the defendant and institution of these proceedings
3 against the said defendant.  This judgment shall be construed as
4 a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5 DATED:   February 26, 2009

                                 _____
                                 THE HONORABLE VIRGINIA A. PHILLIPS
                                 UNITED STATES DISTRICT JUDGE


                                    CONSENT

    The parties hereto consent to the above judgment and waive
any right to appeal this judgment.

DATED: January __, 2009          THOMAS P. O'BRIEN
                                 United States Attorney
                                 CHRISTINE C. EWELL
                                 Assistant United States Attorney
                                 Chief, Criminal Division
                                 STEVEN R. WELK
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture Section

                                         /s/
                                 _____
                                 FRANK D. KORTUM
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA

DATED: January __, 2009
                                         /s/
                                 _____
                                 JAMES J. WARNER

                                 Attorney for Claimant
                                 Herminia Lopez